UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　　JOSEPH B COWHERD (DECEASED)<br><br>　　　　　　　　　　　　　　Debtor | CASE NO: 07-34154<br>　　　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JOSEPH B COWHERD (DECEASED)<br>1507 MACINTOSH CIRCLE<br>DAYTON, OH  45426 | 19.35 |

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　　　　　　　Dated: 7/11/2011

Certificate of Service         07-34154

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOSEPH B COWHERD (DECEASED)         THOMAS D BERRY
1507 MACINTOSH CIRCLE                4630 SALEM AVE
DAYTON, OH  45426                    DAYTON, OH  45416

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner        sv